USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBERT STRIDIRON, Plaintiff, | | ECF Case |
| -against- | | Case No. 1:18-cv-5387-LGS |
| DMG MEDIA, LTD, Defendant. | | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Stridiron hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety.

Dated:October 10, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Joseph A . Dunne
Joseph A. Dunne
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JD@LiebowitzLawFirm.com

*Attorney for Plaintiff Robert Stridiron*

Dated: October 11, 2018
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE